JOSEPH A. DE TRAGLIA, Doing Business as JOSEPH TRILL, Appellant, *v.* NATIONAL BANK OF HOBART et al., Respondents, et al., Defendants.

Argued May 20, 1953; decided June 5, 1953.

*Ernest E. De Rosa* and *Anthony S. Falcone* for appellant.
*William D. Kiley* and *Edward B. Hall* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.